# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| CARLOS VILLARREAL, <br><br> Plaintiff, <br><br> v. <br><br> WEBCOLLEX, LLC dba CKS FINANCIAL, <br><br> Defendant. | Case No. 7:19-cv-00075 <br><br> Honorable Judge Randy Crane |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Carlos Villarreal ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Webcollex, LLC dba CKS Financial, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 31st day of December 2019.

    Respectfully submitted,

    *s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue
    Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor