UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CARLOS VILLARREAL,<br><br>Plaintiff,<br><br>v.<br><br>WEBCOLLEX, LLC; dba CKS FINANCIAL,<br><br>Defendant. | Case No. 7:19-cv-00075<br><br>Honorable Judge Randy Crane |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Carlos Villarreal and the Defendant, Webcollex, LLC dba CKS Financial, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: January 28, 2020                                    Respectfully Submitted,

**CARLOS VILLARREAL**                                      **WEBCOLLEX, LLC DBA CKS FINANCIAL**

*/s/ Marwan R. Daher*                                      */s/ Kirstie M. Simmerman (with consent)*
Marwan R. Daher                                            Kirstie M. Simmerman
*Counsel for Plaintiff*                                    *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Gordon Rees Scully Mansukhani, LLP
2500 S. Highland Ave., Ste. 200                            2200 Ross Avenue, Suite 4100 W
Lombard, Illinois 60148                                    Dallas, Texas 75201
Phone: (630) 575-8181                                      Phone: (214) 231-4600
mdaher@sulaimanlaw.com                                     ksimmerman@grsm.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher