United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| CARLOS VILLARREAL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-00075 |
| | § | |
| WEBCOLLEX, LLC; dba CKS FINANCIAL, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Carlos Villarreal ("Plaintiff), by and through his attorneys, Sulaiman Law Group, Ltd., having filed with this Court the Agreed Stipulation of Dismissal with Prejudice (Dkt. No. 26) and the Court, having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

SO ORDERED this 29th day of January, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge